Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TONY J. CUMMINS,<br><br>Defendant. | Docket Number: 6:18-po-0687-JDP<br><br>**MOTION TO VACATE REVIEW HEARING AND DISMISS CASE PURSUANT TO A DEFERRED JUDGEMENT AGREEMENT; AND ORDER THEREON** |

On December 11, 2018, Defendant pled guilty to Possession of a Controlled Substance. Pursuant to a Deferred Judgement Agreement. He was to 12 month of unsupervised probation with the conditions he: obey all laws, report any new law violations within 7 days, and pay a fine of 500. A review hearing was scheduled for November 19, 2019.

The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing on November 19, 2019. To date, Defendant has complied with all the terms of unsupervised probation imposed by this Court. Further, the Defendant has met all conditions of the Deferred Judgement Agreement, and the United States

//

//

1

hereby moves the Court for an Order of Dismissal pursuant to Rule 48 of the Federal Rules of Criminal Procedure.

Dated: November 15, 2019      /S/ Susan St. Vincent
Susan St. Vincent
Legal Officer
Yosemite National Park

ORDER

Upon application of the United States, good cause having been shown therefor, I order that the review hearing scheduled for August 20, 2019, in the above-referenced matter, *United States v. Cummins, 6:18-po-00687-JDP*, be vacated. The case is hereby dismissed.

IT IS SO ORDERED.

Dated:  November 18, 2019                               _____
                                                                                           UNITED STATES MAGISTRATE JUDGE